F I L E D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 19 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| (State) |
| Case number (*if known*): _____  Chapter _____ |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**
Dust Catchers, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

A Logo Mat, Inc.

*36-247*

**3. Debtor's federal Employer Identification Number (EIN)**
██ – █████ 5 5 1 0

**4. Debtor's address**

Principal place of business

8801 S. South Chicago Ave.
Number    Street

Chicago          IL      60617
City            State    ZIP Code

Cook County
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City            State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City            State    ZIP Code

**5. Debtor's website (URL)**
N/A

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor    __Dust Catchers, Inc._____    Case number (if known)_____
                Name

| | |
|---|---|
| 7. **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__7__  __3__  __5__  __9__

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                   MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                     MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                   MM / DD / YYYY<br>      Case number, if known _____ |

Debtor    Dust Catchers, Inc.
_____
Name

Case number (if known)_____

**11. Why is the case filed in** *this* **district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    Unfreezing of Chase Business Operating Account
_____

**Where is the property?**    PO Box 29550    *to the best of debtor's knowledge*
_____
Number        Street

Phoenix                                AZ        85038
_____
City                                  State    ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Dust Catchers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☐ I have been authorized to file this petition on behalf of the debtor.

- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/18/2018
MM / DD / YYYY

X _____    GRANT H. DENORMANDIE
Signature of authorized representative of debtor    Printed name

Title    PRESIDENT

**18. Signature of attorney**

X _____    Date    04/18/2018
Signature of attorney for debtor    MM / DD / YYYY

Ankur Shah
Printed name

Shah Legal Representation
Firm name

333 South Wabash Ave. Suite 2700
Number        Street

Chicago            IL        60604
City            State    ZIP Code

312-612-9221        ashah@shahlegalrep.com
Contact phone        Email address

6295435            IL
Bar number        State

DustonTexts LLC

180419-CREDITORS-MATRIX

Chase Bank
P.O. Box 29550/Acct# ▮▮▮▮▮▮3419
Phoeniz, AZ 85038

Chase Bank
P.O. Box 29550/Acct# ▮▮▮▮▮4001
Phoeniz, AZ 85038

MWRD
UC#26606/Case#15L012550/Appeal#18-0437
100 E. Erie St.
Chicago, IL 60611

Grant H. DeNormandie
279 S. 725 W
Hebron, IN 46341

Chrysler Capital
P.O. Box 961279
Fort Worth, TX 76161

City of Chicago
121 N. LaSalle St.
Chicago, IL 60602

8801 South Chicago LLC
279 S 725 W
Hebron, IN 46341

Cook County
PO Box 805436
Chicago, IL 60680-4155

Teamsters Local No. 731
1000 Burr Ridge Parkway
Burr Ridge, IL 60527

Teamsters Local No. 731 Textile, Maintenance and Laundry Craft Pension Fund
1000 Burr Ridge Parkway, Suite 301
Burr Ridge, IL 60527

Mountville Mills Inc.
1516 Orchard Hill. Rd.
LaGrange, GA 30240

Gurtler Industries Inc.
15475 S. LaSalle
South Holland, IL 60473

Page 1

180419-CREDITORS-MATRIX

Hudson Energy
24919 Network Pl.
Chicago, IL 60673

Commonwealth Edison
PO Box 805379
Chicago, IL 60680

People's Gas
200 E. Randolph St.
Chicago, IL 60601

## 11 U.S.C. § 1116(1)(B) Statement of Grant DeNormandie, President of Dust Catchers Inc.

I, Grant DeNormandie, President of Dust Catchers Inc. state pursuant to 11 U.S.C. § 1116(1)(B), as follows:

1. I am the President of Dust Catchers Inc., the representative of Dust Catchers Inc. in this Chapter 11 petition, and have served in that capacity since 2005. I have been a shareholder of the company since 1967.

2. I have provided the most recent balance sheet (Exhibit 1), profit/loss statement (Exhibit 2), and tax return (Exhibit 3) available.

3. I declare the above is based upon my personal knowledge and that the statements and events described are true, accurate, correct, and complete.

As provided by law pursuant to 11 U.S.C. § 1116(1)(B), the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Executed on April 18, 2018.

*Grant DeNormandie, President of Dust Catchers Inc.*

# EXHIBIT 1

12:57 PM
02/19/18
Accrual Basis

**Dustcatchers, Inc.**
**Balance Sheet**
As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash** | |
| Cash - Chase Checking | 5,361.27 |
| Cash - Chase Savings | 100.00 |
| Paypal Money Market Fund | 129.29 |
| **Total Cash** | 5,590.56 |
| **Trade** | |
| AOB | 71,280.60 |
| International Monetary Syst... | 4,545.14 |
| ITEX | 122,569.09 |
| **Total Trade** | 198,394.83 |
| **Total Checking/Savings** | 203,985.39 |
| **Accounts Receivable** | |
| 1200 · *Accounts Receivable | 155.41 |
| **Total Accounts Receivable** | 155.41 |
| **Other Current Assets** | |
| A/R Nordic Energy Gas | 4,150.55 |
| Accounts Receivable | |
| A/R Dustcatchers | 129,954.24 |
| **Total Accounts Receivable** | 129,954.24 |
| **Prepaid Expenses** | |
| Prepaid Insurance | 2,520.68 |
| **Total Prepaid Expenses** | 2,520.68 |
| 1499 · Undeposited Funds | 945.26 |
| **Total Other Current Assets** | 137,570.73 |
| **Total Current Assets** | 341,711.53 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| **Accumulated Depreciation** | |
| Accumulated Depreciation | -1,107,822.85 |
| Accumulated Depreciation - ... | 500,334.51 |
| **Total Accumulated Depreciation** | -607,488.34 |
| **Fixed Assets** | |
| Leasehold Improvements | 11,055.28 |
| Machinery & Equipment | 404,433.57 |
| Vehicles | 289,100.72 |
| **Total Fixed Assets** | 704,589.57 |
| **Total Fixed Assets** | 97,101.23 |
| **Total Fixed Assets** | 97,101.23 |

12:57 PM
02/19/18
Accrual Basis

# Dustcatchers, Inc.
# Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **Other Assets** |  |
| **Other Assets** |  |
| Accumulated Amortization-Cu... | -63,764.19 |
| Payroll Advances | 691.59 |
| Van Dyne Crotty Customer List | 91,821.00 |
| **Total Other Assets** | 28,748.40 |
| **Ultility Deposit - ComEd** | 2,501.34 |
| **Total Other Assets** | 31,249.74 |
| **TOTAL ASSETS** | **470,062.50** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 200,330.16 |
| **Total Accounts Payable** | 200,330.16 |
| **Credit Cards** |  |
| Chase Ink 6975 | 4,337.34 |
| Pay Pal Credit Card | -254.80 |
| **Total Credit Cards** | 4,082.54 |
| **Other Current Liabilities** |  |
| **Accrued Expenses** |  |
| Accrued Payroll | 34,490.48 |
| Accrued Utilities | 10,000.05 |
| Accrued Vacation Pay | 23,158.82 |
| Real Estate Tax Payable | 48,993.15 |
| **Total Accrued Expenses** | 116,642.50 |
| **Current Maturities** | 7,208.00 |
| **Officer Personal Accounts** |  |
| G.H. DeNormandie | -5,095.43 |
| **Total Officer Personal Accou...** | -5,095.43 |
| **Sales & Income Taxes** |  |
| Chicago Transaction Tax | 13,501.36 |
| Federal Income Tax | -58.47 |
| Illinois Sales Tax | -1,072.34 |
| Indiana Sales Tax | 3,187.63 |
| State Income Tax | 51.00 |
| **Total Sales & Income Taxes** | 15,609.18 |
| **2200 · Sales Tax Payable** | 264.54 |
| **Total Other Current Liabilities** | 134,628.79 |
| **Total Current Liabilities** | 339,041.49 |
| **Long Term Liabilities** |  |
| Alliance Laundry Systems | 9,338.69 |
| Notes Payable |  |

**12:57 PM**
**02/19/18**
**Accrual Basis**

### Dustcatchers, Inc.
# Balance Sheet
#### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| Chrysler Capital - Promaster | 38,214.73 |
| Chrysler Finance - DC53 | 10,076.54 |
| Chrysler Finance -DC54 - 20... | 15,477.79 |
| Less  Current Maturities | -7,208.00 |
| N/P Chase Credit Line | 44,435.98 |
| N/P G H DeNormandie 3% | 201,386.14 |
| **Total Notes Payable** | 302,383.18 |
| **Total Long Term Liabilities** | 311,721.87 |
| **Total Liabilities** | 650,763.36 |
| **Equity** | |
| Equity | |
| Common Stock | 3,800.00 |
| **Total Equity** | 3,800.00 |
| Retained Earnings | -137,209.65 |
| Net Income | -47,291.21 |
| **Total Equity** | -180,700.86 |
| **TOTAL LIABILITIES & EQUITY** | 470,062.50 |

# EXHIBIT 2

12:52 PM
02/19/18
Accrual Basis

## Dustcatchers, Inc.
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Product Sales Income** | |
| Logomat Income | 477.50 |
| **Total Product Sales Income** | 477.50 |
| **Rental Income** | |
| Route Rental Sales | 895,278.81 |
| **Total Rental Income** | 895,278.81 |
| **Total Income** | 895,756.31 |
| **Cost of Goods Sold** | |
| **Cost of Rental Sales** | |
| **Material Expense** | |
| Cotton/Terry | 12,816.53 |
| F-Matic/Soap | 7,680.22 |
| Mats | 56,100.48 |
| Mop Hardware | 209.28 |
| Mops | 583.36 |
| Uniforms | 1,364.58 |
| **Total Material Expense** | 78,754.45 |
| Outside Services Production | 604.90 |
| Packaging Supplies | 1,632.83 |
| Soap & Builders | 21,041.65 |
| **Total Cost of Rental Sales** | 102,033.83 |
| **Total COGS** | 102,033.83 |
| **Gross Profit** | 793,722.48 |
| **Expense** | |
| **Administrative Expenses** | |
| Bank Service Fees | 6,425.80 |
| City of Chicago Use Tax | 223.80 |
| Contributions | 280.00 |
| Dues and Subscriptions | 674.00 |
| Entertainment & Business ... | 426.83 |
| Illinois Use Tax | 1,717.00 |
| Indiana Use Tax | 542.68 |
| Licenses & Permits | 1,878.36 |
| Misc. Admin. | 5,896.30 |
| Office Supplies | 2,164.53 |
| On Premise Employee Meals | 0.00 |
| Outside Services Office | 23,327.00 |
| Postage | 498.63 |
| Telephone | 5,572.92 |
| Telephone-Cell | 3,427.45 |
| Travel | 108.00 |
| **Total Administrative Expenses** | 53,163.30 |
| **Advertising/Promo** | |

12:52 PM
02/19/18
Accrual Basis

## Dustcatchers, Inc.
## Profit & Loss
### January through December 2016

| | Jan - Dec 16 |
|---|---|
| Advertising | 71.99 |
| **Total Advertising/Promo** | 71.99 |
| **Bad Debt** | |
| Bad Debt Dustcatchers | 994.29 |
| **Total Bad Debt** | 994.29 |
| **Building Expenses** | |
| Building Repairs | 12,998.69 |
| Equipment Rental | 5,000.00 |
| Machinery Repairs | 28,816.41 |
| Misc. Supplies | 3,423.71 |
| Real Estate Tax | 25,000.00 |
| Rent | 36,000.00 |
| Waste Removal | 858.25 |
| Building Expenses - Other | 12.96 |
| **Total Building Expenses** | 112,110.02 |
| **Freight Expenses** | |
| Freight-Production | 755.91 |
| **Total Freight Expenses** | 755.91 |
| **Insurance** | |
| Fleet Insurance | 27,895.32 |
| Life Insurance | 2,526.38 |
| Workers Comp | 27,613.63 |
| **Total Insurance** | 58,035.33 |
| **Payroll Expenses** | |
| EPLI Insurance | 0.00 |
| **Payroll Expenses** | |
| Delivery | 158,548.24 |
| Engineering | 0.00 |
| Executives | 39,995.00 |
| Managment Training | 54,750.00 |
| Office | 9,610.28 |
| Production | 47,522.25 |
| Rental Commission | 0.00 |
| Retail Sales Commission | 2,200.00 |
| Service | 6,238.00 |
| Supervision | 500.00 |
| **Total Payroll Expenses** | 319,363.77 |
| **Payroll Taxes & Fees** | |
| Company Pd. Payroll Tax... | 43,205.26 |
| Company Sponsored 401K | 520.00 |
| Health Insurance | 1,631.15 |
| Payroll Service Fees | 8,730.00 |
| Pension & Welfare Fund | 57,555.77 |
| **Total Payroll Taxes & Fees** | 111,642.18 |
| **Total Payroll Expenses** | 431,005.95 |

Page 2

12:52 PM
02/19/18
Accrual Basis

# Dustcatchers, Inc.
# Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Professional Fees** | |
| Legal Fees | 25,241.00 |
| Outside Professional Services | 190.34 |
| **Total Professional Fees** | 25,431.34 |
| | |
| **Sales Expenses** | |
| Outside Sales Comissions | 8.50 |
| **Total Sales Expenses** | 8.50 |
| | |
| **Utilities** | |
| Electric | 16,688.89 |
| Gas - Utility | 20,027.74 |
| 463.00 · Water | 30,304.61 |
| **Total Utilities** | 67,021.24 |
| | |
| **Vehicle Expense** | |
| Car Wash | 12.50 |
| Gasoline & Oil | |
| Gas, Oil-Admin | 75.27 |
| Gas, Oil-Delvery | 27,146.75 |
| Gas, Oil-Sales | 115.04 |
| **Total Gasoline & Oil** | 27,337.06 |
| | |
| Tolls & Parking | 6,472.88 |
| Towing | 325.00 |
| Vehicle Licenses | 1,493.63 |
| Vehicle Rental | 1,144.35 |
| Vehicle Repairs | 16,703.57 |
| **Total Vehicle Expense** | 53,488.99 |
| | |
| **Total Expense** | 802,086.86 |
| | |
| **Net Ordinary Income** | -8,364.38 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | |
| Direct Sales Income | 14,554.89 |
| Gain on Sale of Assets | 5,504.20 |
| Misc. Income | 5,414.81 |
| **Total Other Income** | 25,473.90 |
| | |
| **Total Other Income** | 25,473.90 |
| | |
| **Other Expense** | |
| **DEPRECIATION** | |
| Amortization-Customer List | 3,060.62 |
| Vehicle Depreciation | 33,547.00 |
| **Total DEPRECIATION** | 36,607.62 |
| | |
| **Other Expenses** | |
| Interest Expense | 26,779.11 |
| Sales & Use Tax | 1,014.00 |

**Page 3**

12:52 PM
02/19/18
Accrual Basis

# Dustcatchers, Inc.
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
| --- | --- |
| **Total Other Expenses** | 27,793.11 |
| **Total Other Expense** | 64,400.73 |
| **Net Other Income** | -38,926.83 |
| **Net Income** | -47,291.21 |

# EXHIBIT 3

## Error Report For DustCatchers, Inc.:

☐ 1120S Error:                  Either the Yes or the No box should be checked on Line 11, Sch B.

☐ 1120S Informational:          Corporations usually have annual report filing requirements to stay in good standing with the state. BizFilings can help your clients meet this responsibility.

☐ Sch K1 (1120S) Warning:       Schedule K-1 is not completed, please review.

☐ Sch K1 (1120S) Warning:       The total of the Allocation Input Percentages does not equal 100%.

☐ Sch K1 (1120S) Warning:       Shareholder #1: should have an Entity Type filled in.

☐ Authentication Info Error:    Name and SSN/EIN of signing officer or fiduciary must be provided when electronically filing a Federal/State Return.

☐ 7004 Informational:           Verify correct address is selected when total assets are above or below $10 million.

☐ 8941 Warning:                 Enter EIN used to report employment taxes if different than EIN reported on tax return.

☐ Fixed Assets Warning:         You have selected different methods for federal and state depreciation for Phillips Air Compresser.

☐ Fixed Assets Error:           Complete questions and mileage on Vehicle Information for Dodge Truck - DC44.

☐ Fixed Assets Warning:         Dodge Truck - DC44 - All prior business use percentages must be completed.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for Trailer #1.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for 2002 Chevrolet Truck.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for 2001 Dodge Truck DC46.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for Dodge Truck DC47.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for Trailer #2.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for Dodge Truck #48.

☐ Fixed Assets Error:          Complete questions and mileage on Vehicle Information for Stealth Trailer.

☐ Fixed Assets Warning:      You have selected different methods for federal and state depreciation for Stealth Trailer.

☐ Fixed Assets Warning:      SL depreciation method should not be used for MACRS property.

☐ Fixed Assets Warning:      Enter an asset subcategory for Utility Trailer.

☐ Fixed Assets Warning:      You have selected different methods for federal and state depreciation for Utility Trailer.

☐ Fixed Assets Warning:          SL depreciation method should not be used for MACRS property.

☐ Fixed Assets Warning:          Enter an asset subcategory for 2012 Dodge Ram - Blacl.

☐ Fixed Assets Warning:          You have selected different methods for federal and state depreciation for 2012 Dodge Ram - Blacl.

☐ Fixed Assets Warning:          SL depreciation method should not be used for MACRS property.

☐ Fixed Assets Error:            Enter valid convention code for 2012 Dodge Ram - Blacl.

☐ Authentication Info Error:     Federal: Both the 'If claiming deduction for Salary & Wages on current year return' checkbox and number of W2's must be present.

☐ Authentication Info Error:     Federal: Both the 'If claiming Compensation of Officers on current year return' checkbox and number of officers must be present.

## Override and Estimate Report For DustCatchers, Inc.:

☐ 1120S Override:          On Sheet 1 you entered a value of "296101"

☐ 1120S Override:          On Sheet Sch L - Balance Sheet you entered a value of
                           "10966"

☐ 1125-E Override:         On Sheet 1 you entered a value of "23263"

☐ 1125-E Override:         On Sheet 1 you entered a value of ""